Fill in this information to identify the case:

United States Bankruptcy Court for the:
**Southern District of Texas**

Case number (if known): _____   Chapter __11__

☐ Check if this is an amended filing

## Official Form 201

### Voluntary Petition for Non-Individuals Filing for Bankruptcy

**04/25**

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | |
|---|---|---|
| **1. Debtor's name** | **Power City Technologies, LLC** | |
| **2. All other names debtor used in the last 8 years** Include any assumed names, trade names, and *doing business as* names | | |
| **3. Debtor's federal Employer Identification Number (EIN)** | 4 6 – 3 8 2 1 6 7 8 | |
| **4. Debtor's address** | **Principal place of business** <br><br> **9 N. Flamino Street** <br> Number      Street <br><br> **La Marque, TX 77568** <br> City                  State   ZIP Code <br><br> **Galveston** <br> County | **Mailing address, if different from principal place of business** <br><br> Number      Street <br><br> City                  State   ZIP Code <br><br> **Location of principal assets, if different from principal place of business** <br><br> Number      Street <br><br> City                  State   ZIP Code |
| **5. Debtor's website (URL)** | | |
| **6. Type of debtor** | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br><br> ☐ Partnership (excluding LLP) <br><br> ☐ Other. Specify: _____ | |

Debtor  **Power City Technologies, LLC**          Case number *(if known)*
　　　　Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. §101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. §781(3))
☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .
   **3 3 3 2**

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply:*

　　☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

　　☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

　　☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

　　☐ A plan is being filed with this petition.

　　☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

　　☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

　　☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☐ No
☑ Yes.  District **Southern District of Texas**   When _____   Case number **24-80390**
　　　　　　　　　　　　　　　　　　　　　　　　MM / DD / YYYY

　　　　District _____   When _____   Case number _____
　　　　　　　　　　　　　　　　　MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No
☐ Yes.  Debtor _____   Relationship _____
　　　　District _____   When _____
　　　　　　　　　　　　　　　　　　MM / DD / YYYY
　　　　Case number, if known _____

Debtor    **Power City Technologies, LLC**                                      Case number *(if known)*
       Name

| | | |
|---|---|---|
| **11. Why is the case filed in *this district*?** | *Check all that apply:* <br> ☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district. <br> ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. | |
| **12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☑ No <br> ☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed. <br> **Why does the property need immediate attention?** *(Check all that apply.)* <br> ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety. <br>     What is the hazard? _____ <br> ☐ It needs to be physically secured or protected from the weather. <br> ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options). <br> ☐ Other _____ <br> **Where is the property?** _____ <br>     Number   Street <br> _____ <br>     City                      State   ZIP Code <br> **Is the property insured?** <br> ☐ No <br> ☐ Yes.   Insurance agency _____ <br>         Contact name _____ <br>         Phone _____ | |

### Statistical and administrative information

| | |
|---|---|
| **13. Debtor's estimation of available funds?** | *Check one:* <br> ☐ Funds will be available for distribution to unsecured creditors. <br> ☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |
| **14. Estimated number of creditors** | ☑ 1-49    ☐ 50-99    ☐ 1,000-5,000    ☐ 5,001-10,000    ☐ 25,001-50,000    ☐ 50,000-100,000 <br> ☐ 100-199    ☐ 200-999    ☐ 10,001-25,000    ☐ More than 100,000 |
| **15. Estimated assets** | ☐ $0-$50,000      ☐ $1,000,001-$10 million      ☐ $500,000,001-$1 billion <br> ☐ $50,001-$100,000      ☐ $10,000,001-$50 million      ☐ $1,000,000,001-$10 billion <br> ☐ $100,001-$500,000      ☐ $50,000,001-$100 million      ☐ $10,000,000,001-$50 billion <br> ☑ $500,001-$1 million      ☐ $100,000,001-$500 million      ☐ More than $50 billion |

Debtor  **Power City Technologies, LLC**         Case number *(if known)*
      Name

| 16. Estimated liabilities | ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☑ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

### Request for Relief, Declaration, and Signatures

**WARNING --**   Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- I have been authorized to file this petition on behalf of the debtor.
- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **06/25/2025**
              MM/ DD/ YYYY

X **/s/ Paul Hopkins**                                **Paul Hopkins**
Signature of authorized representative of debtor        Printed name

Title   **Managing Members**

**18. Signature of attorney**

X **/s/ Gabe Perez**                      Date **06/25/2025**
Signature of attorney for debtor                MM/ DD/ YYYY

**Gabe Perez**
Printed name

**Zendeh Del & Associates, PLLC**
Firm name

**1813 61st Street 101**
Number      Street

**Galveston**                          **TX**         **77551**
City                                    State         ZIP Code

**(409) 740-1111**                      **gabe@zendehdel.com**
Contact phone                           Email address

**24099475**                            **TX**
Bar number                              State

Official Form 201           Voluntary Petition for Non-Individuals Filing for Bankruptcy           page **4**

Official Form 201A (12/15)

*[If debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11 of the Bankruptcy Code, this Exhibit "A" shall be completed and attached to the petition.]*

*[Caption as in Form 416B]*

## Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11

1. If any of the debtor's securities are registered under Section 12 of the Securities Exchange Act of 1934, the SEC file number is _____.

2. The following financial data is the latest available information and refers to the debtor's condition on _____.

   a. Total assets          **$573,417.75**
   
   b. Total debts (including debts listed in 2.c., below)          **$580,854.62**
   
   c. Debt securities held by more than 500 holders

   | | Approximate number of holders: |
   |---|---|
   | secured ☐ unsecured ☐ subordinated ☐ _____ | _____ |
   | secured ☐ unsecured ☐ subordinated ☐ _____ | _____ |
   | secured ☐ unsecured ☐ subordinated ☐ _____ | _____ |
   | secured ☐ unsecured ☐ subordinated ☐ _____ | _____ |
   | secured ☐ unsecured ☐ subordinated ☐ _____ | _____ |

   d. Number of shares of preferred stock        _____
   
   e. Number of shares common stock        _____

   Comments, if any: _____

3. Brief description of debtor's business _____

4. List the names of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of debtor:
_____

Fill in this information to identify the case:

Debtor name: **Power City Technologies, LLC**

United States Bankruptcy Court for the: **Southern District of Texas**

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | City Electric Supply Company<br>400 S. Record Street Suite 900<br>Dallas, TX 75202 | | | | | | $72,791.78 |
| 2 | Five Lakes Financial<br>840 N. Old World Third Street<br>Milwaukee, WI 53203 | | | | | | $40,355.32 |
| 3 | USED CNC, LLC<br>11926 Oak Creek Parkway<br>Huntley, IL 60142 | | | | | | $33,000.00 |
| 4 | Ford Motor Credit Company LLC<br>P.O. Box 650574<br>Dallas, TX 75265 | | | | | | $31,553.13 |
| 5 | FINTAP<br>30 Two Bridges Rd Suite 100<br>Fairfield, NJ 07004 | | Judgment | | | | $26,932.64 |
| 6 | RDM Capital Funding, LLC<br>777 Passaic Ave #375<br>Clifton, NJ 07012 | | | | | | $26,932.64 |
| 7 | Maddox Industrial Transformer, LLC<br>865 Victor Hill Road<br>Greer, SC 29651 | | | | | | $22,265.58 |
| 8 | Ally Financial<br>500 Woodard Avenue<br>Detroit, MI 48226 | | | | | | $5,381.42 |

Official Form 204       Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims       page 1

Debtor  **Power City Technologies, LLC**  Case number *(if known)* _____
       Name

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Maddox Industrial Transformer, LLC<br>865 Victor Hill Road<br>Greer, SC 29651 | | | | $22,265.58 | $17,000.00 | $5,265.58 |
| 10 | Bank of America<br>P.O. Box 982238<br>El Paso, TX 79998 | | | | | | $4,850.69 |
| 11 | | | | | | | |
| 12 | | | | | | | |
| 13 | | | | | | | |
| 14 | | | | | | | |
| 15 | | | | | | | |
| 16 | | | | | | | |
| 17 | | | | | | | |
| 18 | | | | | | | |
| 19 | | | | | | | |
| 20 | | | | | | | |

Official Form 204      Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims      page 2

Ally Financial
500 Woodard Avenue
Detroit, MI 48226

Bank of America
P.O. Box 982238
El Paso, TX 79998

Capybara Capital Company, LLC
6501 Congress Avenue Suite 340
Boca Raton, FL 33487

Capybara Capital, LLC
6501 Congress Avenue 340
Boca Raton, FL 33487

City Electric Supply Company
400 S. Record Street Suite 900
Dallas, TX 75202

Corporation Service Company
P.O. Box 2576
Springfield, IL 62708

CT Corporation System
330 N. Brand Blvd. Suite 700
Glendale, CA 91203

FINTAP
30 Two Bridges Rd Suite 100
Fairfield, NJ 07004

First-Citizens Bank & Trust Company
155 Commerce Way
Portsmouth, NH 03801

Five Lakes Financial
840 N. Old World Third Street
Milwaukee, WI 53203

Ford Motor Credit Company LLC
P.O. Box 650574
Dallas, TX 75265

Fundthrough USA, Inc.
3730 Kirby Drive Suite 1200
Houston, TX 77098

Galveston County Tax Collector
722 Moody Avenue
Galveston, TX 77550

Ekrem Hajra
30 Two Bridges Rd Suite 100
Fairfield, NJ 07004

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101

Leaf Capital Funding, LLC
2005 Market Street 14th Floor
Philadelphia, PA 19103

Maddox Industrial Transformer, LLC
865 Victor Hill Road
Greer, SC 29651


Rasco Law Firm
7326 Boerne Creek Drive
Richmond, TX 77407


RDM Capital Funding, LLC
777 Passaic Ave #375
Clifton, NJ 07012


Secured Lender Solutions, LLC
P.O. Box 2576
Springfield, IL 62708


Tech Financial Services
155 Commerce Way
Portsmouth, NH 03801


Texas Comptroller of Public Accounts
P.O. Box 13528, Capitol Station
Austin, TX 78711


Texas Workforce Commission
P.O. Box 149080
Austin, TX 78714


USED CNC, LLC
11926 Oak Creek Parkway
Huntley, IL 60142

Zendeh Del & Associates, PLLC
1813 61st Street 101
Galveston, TX 77551

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

IN RE: **Power City Technologies, LLC**　　　　　　　　　　　　CASE NO

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　CHAPTER **11**


**VERIFICATION OF CREDITOR MATRIX**

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date　**06/25/2025**　　Signature　　**/s/ Paul Hopkins**
　　　　　　　　　　　　　　　　　　Paul Hopkins, Managing Members